NOT REFERRED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America )<br>v. )<br>**MICHAEL SMITH** )<br>*Defendant* ) | Case No. 15-20264-JTF |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **MICHAEL SMITH**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 846 - Conpiracy to possess with intent to distribute a controlled substance.

Date: 10/29/2015

*Issuing officer's signature*

City and state: Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 11/17/15
at *(city and state)* Memphis, TN

Date: 11/17/15

*Arresting officer's signature*

O.W. Gaines  USM
*Printed name and title*