# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 15-20264-JTF** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon Motion of the United States and for good cause shown, the government's Motion to Transfer and Consolidate present case with pending criminal court matter 15-10073, which is assigned to Chief District Judge J. Daniel Breen is hereby granted.

Ordered this the 5th day of January, 2016.

*s/John T. Fowlkes, Jr.*
HONORABLE JUDGE JOHN T. FOWLKES, JR
UNITED STATES DISTRICT JUDGE